1
2
3
4
5          UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF WASHINGTON
6
7   JAIME PERALES FLORES,          )
                                   )   NO. **CV-10-5024-LRS**
8          Plaintiff,              )
                                   )   **ORDER OF DISMISSAL**
9                                  )
       v.                          )
10                                 )
     ROBERT DASCHOFSKY,            )
11                                 )
           Defendant.             )
12  _____)

13          The *pro se* Plaintiff has been allowed to proceed *in forma pauperis*.  His

14  Complaint appears to allege he was illegally arrested based on a phone call made

15  to federal law enforcement officials on November 7, 2005 by the Defendant, a

16  Walla Walla County Deputy Sheriff at the time.  It is clear from the Immigration

17  Naturalization Service (INS) report appended to Plaintiff's Complaint that

18  Defendant had reason to inform the INS that he had seen the Defendant in the City

19  of Walla Walla because Plaintiff had "been arrested and incarcerated as early as

20  1985."  There was probable cause to arrest the Plaintiff for being an alien in the

21  United States after deportation as the report reflects Plaintiff had been deported in

22  March 1996.  In fact, Plaintiff was indicted on that very charge in November 2005

23  in CR-05-6049-EFS.  Although a Judgment of Acquittal was ultimately entered in

24  that matter (Ct. Rec. 63), it does not mean there was not probable cause to arrest

25  and charge the Defendant, only that the elements of the charged offense could not

26  be proven beyond a reasonable doubt.  Plaintiff's Complaint fails to state a claim

27  upon which relief can be granted, an amendment cannot cure this deficiency, and

28  *sua sponte* dismissal of the Complaint with prejudice is appropriate.

**ORDER OF DISMISSAL -        1**

It is also noted that Plaintiff has failed to apprise the court of an apparent change of address as the March 4, 2010 "Order To Proceed *In Forma Pauperis*" (Ct. Rec. 8) which was mailed to him was returned as undeliverable (Ct. Rec. 10).

Plaintiff's Complaint is **DISMISSED with prejudice**.  Judgment will be entered accordingly and this file shall be CLOSED.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order and forward a copy of the Judgment and this Order to Plaintiff at his last address of record.

**DATED** this   5th   day of January, 2011.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
Chief United States District Judge

**ORDER OF DISMISSAL -**        **2**